UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-61080-Civ-COOKE/BANDSTRA

STACEY FIORE,

    Plaintiff

vs.

AMERICAN CORADIUS
INTERNATIONAL, LLC,

    Defendant.
_____/

### ORDER OF DISMISSAL

THIS CASE has been dismissed with prejudice by the Plaintiff pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Notice of Vol. Dismissal With Prejudice [ECF No. 8].)  The Clerk is directed to **CLOSE** this matter.

**DONE and ORDERED** in chambers, at Miami, Florida, this 26th day of August 2010.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Ted E. Bandstra, U.S. Magistrate Judge*
*Counsel of record*